# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONNIE LOCKHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-03400-LMM |
| | ) |
| PVH CORP., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, stipulate and agree to the dismissal of the above-captioned action in its entirety with prejudice. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this the 21st day of March 2023,

(signatures on next page)

| | |
|---|---|
| */s/ Jeremy Stephens* | */s/ Natalie N. Turner* |
| Jeremy Stephens | Natalie N. Turner |
| Georgia Bar No. 702063 | Georgia Bar No. 719646 |
| MORGAN & MORGAN | Katherine H. Krouse |
| 191 Peachtree Street, N.E., Ste. 4200 | Georgia Bar No. 514298 |
| Post Office Box 57007 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Atlanta, Georgia 30343 | |
| Telephone:  404-965-1682 | One Ninety One Peachtree Tower |
| jstephens@forthepeople.com | 191 Peachtree St. NE, Suite 4800 |
| | Atlanta, GA 30303 |
| *Attorney for Plaintiff* | Telephone:  404-881-1300 |
| | Facsimile:   404-870-1732 |
| | natalie.turner@ogletree.com |
| | katie.krouse@ogletree.com |
| | |
| | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONNIE LOCKHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-03400-LMM |
| | ) |
| PVH CORP., | ) |
| | ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that on this March 21, 2023, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification to the following counsel of record:

Katherine Haeberle Krouse
katie.krouse@ogletree.com

Natalie Nicole Turner
natalie.turner@ogletree.com

SO CERTIFIED this the 21st day of March, 2023

*/s/ Jeremy Stephens*